THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

May 26, 2023

*Via* **ECF**

The Honorable Lewis A. Kaplan
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Samuels, et al.,* 21 Cr. 424 (LAK)

Dear Judge Kaplan,

We represent Jamel Williams in the above-referenced matter. The Court has scheduled oral argument in connection with the pretrial motions filed by co-defendants Darrin Samuels and Danzel Mackins for June 7, 2023. Mr. Williams did not file any pretrial motions. Therefore, unless the Court requires his presence, we would waive Mr. Williams' presence and ask that the Court not require counsel's appearance. Counsel may observe the oral arguments, but if the Court grants the undersigned's request, we do not intend to appear on the record on June 7, 2023.

Accordingly, we waive Mr. Williams's appearance and respectfully request that the Court excuse the undersigned from the scheduled June 7, 2023 oral argument.

Respectfully submitted,

/s/

César de Castro

cc: All Parties *(via ECF)*

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
5/31/23

Electronically Filed
Date Filed: 5-31-23