```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-17-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :      **ORDER ACCEPTING THE PLEA**
            - v. -               :      **ALLOCUTION BEFORE A**
                                 :      **UNITED STATES**
JAMEL WILLIAMS,                  :      **MAGISTRATE JUDGE**
    a/k/a "Big T,"               :
                                 :      S2 21 CR 424 (LAK)
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X

Lewis A. Kaplan, United States District Judge

On January 12, 2024, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Robyn F. Tarnofsky, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:   New York, New York
         January 17, 2024

                                         _____
                                         THE HONORABLE LEWIS A. KAPLAN
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF NEW YORK